Form nttfclm

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−40729−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Ibrahim Mteirek
   6301 Appoline Street
   Dearborn, MI 48126−0000

Social Security No.:
   xxx−xx−1226

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**August 5, 2014**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 5/8/14

                          BY THE COURT

                          Katherine B. Gullo , Clerk of Court
                          UNITED STATES BANKRUPTCY COURT

```
                         United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                                                 Case No. 13-40729-wsd
Ibrahim Mteirek                                                                        Chapter 7
                    Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0645-2           User: ktrio                  Page 1 of 2                Date Rcvd: May 08, 2014
                               Form ID: ntctfclm            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2014.
db          +Ibrahim Mteirek,    6301 Appoline Street,    Dearborn, MI 48126-2379
21755230     Abcwarehouse,    Cscl Dispute Team,    Des Moines, IA 50306
21755238    +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
21755245    +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5121
21755256   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL  60196)
21755262    +Mary Jane M. Elliott, P.C.,    24300 Karim Blvd,    Novi, MI 48375-2942
21755266    +Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
21755270   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-on Credit Llc,    Po Box 506,    Gurnee, IL  60031)
21755268    +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21755269    +Shore Financial Servic,    770 S Adams #200,    Birmingham, MI 48009-6948
21755272    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21755231    +EDI: GMACFS.COM May 08 2014 22:13:00     Ally Financial,    P O Box 380901,
              Bloomington, MN 55438-0901
21755232    +EDI: AMEREXPR.COM May 08 2014 22:13:00     Amex,   Po Box 297871,
              Fort Lauderdale, FL 33329-7871
21858243    +EDI: BASSASSOC.COM May 08 2014 22:13:00     Capital One, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
21755233    +EDI: CHASE.COM May 08 2014 22:13:00     Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21755235    +EDI: CHASE.COM May 08 2014 22:13:00     Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21755236    +EDI: CITICORP.COM May 08 2014 22:13:00     Citi Flex,    Po Box 6241,    Sioux Falls, SD 57117-6241
21755237    +EDI: CITICORP.COM May 08 2014 22:13:00     Citi-bp Oil,    Po Box 6497,
              Sioux Falls, SD 57117-6497
21755239    +EDI: WFNNB.COM May 08 2014 22:13:00     Comenity Bank/eddiebau,     995 W 122nd Ave,
              Westminster, CO 80234-3417
21755240    +EDI: WFNNB.COM May 08 2014 22:13:00     Comenity Bank/express,    4590 E Broad St,
              Columbus, OH 43213-1301
21755241    +EDI: WFNNB.COM May 08 2014 22:13:00     Comenity Bank/ftactusa,    Po Box 182789,
              Columbus, OH 43218-2789
21755242    +EDI: DISCOVER.COM May 08 2014 22:13:00     Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
21755243    +EDI: TSYS2.COM May 08 2014 22:13:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21755244    +EDI: DTEE.COM May 08 2014 22:13:00     Dte Energy,    1 Energy Plz # Wcb2106,
              Detroit, MI 48226-1221
21755246    +EDI: AMINFOFP.COM May 08 2014 22:13:00     First Premier Bank,    3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
21755247    +EDI: GMACFS.COM May 08 2014 22:13:00     G M A C,    5400 Gateway Ctr,    Flint, MI 48507-3939
21755248    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
21755249     EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/jcp,    Po Box 984100,    El Paso, TX  79998
21755250    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/kirklands,    Po Box 965005,    Orlando, FL 32896-5005
21755251    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
21755252    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/mervyns,    Po Box 965005,    Orlando, FL 32896-5005
21755253    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/sams,    Po Box 965005,    Orlando, FL 32896-5005
21755254    +EDI: RMSC.COM May 08 2014 22:13:00     Gecrb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
21755255    +E-mail/Text: bk@gafco.net May 08 2014 22:15:51      Great American Finance,
              20 N Wacker Dr Ste 2275,    Chicago, IL 60606-1294
21755257    +EDI: HFC.COM May 08 2014 22:13:00     Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
21755258    +EDI: HFC.COM May 08 2014 22:13:00     Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
21755259    +EDI: HFC.COM May 08 2014 22:13:00     Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
21755260    +EDI: HFC.COM May 08 2014 22:13:00     Hsbc/vlcty,    Po Box 5253,    Carol Stream, IL 60197-5253
21755261    +E-mail/Text: ebnsterling@weltman.com May 08 2014 22:15:42      Kay Jewelers,    375 Ghent Rd,
              Fairlawn, OH 44333-4600
21755263    +EDI: MID8.COM May 08 2014 22:13:00     Midland Funding,    8875 Aero Dr,
              San Diego, CA 92123-2255
21755264    +E-mail/Text: bnc@nordstrom.com May 08 2014 22:15:34      Nordstrom Fsb,    Po Box 6565,
              Englewood, CO 80155-6565
21755265    +EDI: PRA.COM May 08 2014 22:13:00     Portfolio Recvry&affil,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4962
21755267    +EDI: WTRRNBANK.COM May 08 2014 22:13:00     Rnb - Mflds,    Po Box 9475,
              Minneapolis, MN 55440-9475
21755271    +EDI: CITICORP.COM May 08 2014 22:13:00     Sunoco/citi,    Po Box 6497,
              Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
```

```
District/off: 0645-2          User: ktrio              Page 2 of 2                Date Rcvd: May 08, 2014
                              Form ID: ntctfclm        Total Noticed: 44
```

```
21755234*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2014 at the address(es) listed below:
        Charles    Taunt     teetaunt@tauntlaw.com,   cjt@trustesolutions.com;cjt@trustesolutions.net
        David E. Schwartz    on behalf of Trustee Charles  Taunt dschwartz@allardfishpc.com, allardfishpc@yahoo.com
        David E. Schwartz    on behalf of Trustee David W. Allard dschwartz@allardfishpc.com, allardfishpc@yahoo.com
        Michael Zachary Longo   on behalf of Debtor Ibrahim  Mteirek mlongo@fakihlaw.com
                                                                                                 TOTAL: 4